Case 4:23-cv-04718   Document 15   Filed on 02/25/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OLIVIA ESPINOZA, § § *Plaintiff*, § VS. § § ALLSTATE VEHICLE AND PROPERTY § INSURANCE COMPANY, § § *Defendant*. § § | CIVIL ACTION NO. 4:23-cv-4718 |

## ORDER

Pending before this Court is Allstate Vehicle and Property Insurance Company's ("Defendant") Motion to Dismiss for Want of Prosecution. (Doc. No. 12). In it, Defendant contends that it propounded various discovery requests, to which Olivia Espinoza ("Plaintiff") did not respond. (*Id.* at 1). It also attempted to reach out to Plaintiff "multiple times" to get her to participate in the discovery process but was unsuccessful. (*Id.*). As such, Defendant urges the Court to dismiss the case because "it is obvious that Plaintiff no longer wishes to prosecute Plaintiff's claims." (*Id.*). As with the discovery requests, Plaintiff did not respond to the motion.

On January 24, 2025, this Court issued a Show Cause Order, ordering Plaintiff to show cause, within 30 days of that Order, "why this case should not be dismissed for want of prosecution." (Doc. No. 13). The Order warned Plaintiff that "[i]f she fails to do so, the Court will grant Defendant's Motion without further notice." (*Id.*). The docket shows that the Order was delivered to Plaintiff on February 7, 2025, but Plaintiff failed to respond to the Order in the allotted time. As such, the **GRANTS** Defendant's Motion to Dismiss for Want of Prosecution. (Doc. No. 12). The case is **DISMISSED**.

It is so ordered.

Signed on this __25th__ day of February 2025.

_____
Andrew S. Hanen
United States District Judge